# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHARVON BROWN, | : | CIVIL ACTION |
|     Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| CLAUDETTE COTTON, | : | NO. 18-533 |
|     Defendant. | : | |

FILED
FEB 09 2018
KATE Clerk
Dep. Clerk
By_____

## ORDER

AND NOW, this 9 day of February, 2018, upon consideration of Ms. Brown's motion to proceed *in forma pauperis* and her *pro se* complaint, it is ORDERED that:

1. Leave to proceed *in forma pauperis* is GRANTED.

2. The Complaint is DISMISSED in accordance with the Court's memorandum. To the extent Ms. Brown has any legitimate state law claims, those claims are dismissed without prejudice to her refiling her case in state court. Any federal claims are dismissed with prejudice. Ms. Brown may not file an amended complaint in this case.

3. The Clerk of Court shall CLOSE this case.

BY THE COURT:

_____
JUAN R. SÁNCHEZ, J.